## CONSENT TO JOINDER

I consent to be a party plaintiff in a lawsuit against Information Resources Inc., and/or related entities and individuals in order to seek redress for violations of the Equal Pay Act, New York State Law, and related rules and regulations.

I hereby designate the Law Offices of William Cafaro to represent me in such lawsuit.

_[signature]_
Signature

Krystal Santiago
Print Full Name
(As it appeared on Paycheck
If you were paid by check)

NOTE: YOUR E-MAIL ADDRESS AND TELEPHONE NUMBER WILL NOT BE SHARED WITH ANYONE – IT IS ONLY FOR US TO BE ABLE TO REACH YOU IF WE NEED TO.

**THIS INFORMATION WILL BE BLOCKED OUT** BEFORE FILING THIS FORM WITH THE COURT.

**Questions?**
Contact Plaintiffs' counsel at:
(212) 583-7400 or NDuran@CafaroEsq.com