**JacksonLewis**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/14/2021
```

jacksonlewis.com

January 13, 2021

**VIA ECF *and Electronic Mail***
Hon. Analisa Torres, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

> Re: **Krystal Santiago and Scarlett Osorio v.
> Information Resources, Inc. and Jeff Neuman
> S.D.N.Y. Case No. 20-cv-07688**

Dear Judge Torres:

We represent Defendants Information Resources Inc. ("IRI") and Jeff Neuman ("Defendants") in the above-referenced employment discrimination case. We write on behalf of all parties to jointly request an adjournment of the initial pretrial conference presently scheduled for January 20, 2021. This is the parties' second request for an adjournment of the initial conference, the first request having been granted on November 13, 2020. (See ECF Docket No. 18). The parties will be participating in a mediation through the Mediation Program for the Southern District of New York on February 16, 2021 and would like to adjourn the initial conference until a date at the Court's convenience after the mediation. The parties scheduled the mediation for February 16, 2021 to: (1) provide sufficient time for preparation with the hopes of making the mediation session as meaningful as possible; and (2) accommodate the schedules of all of the individuals attending the mediation session.

Thank you for your consideration in this regard.

Respectfully submitted,

GRANTED. The initial pretrial conference scheduled for January 20, 2021, is ADJOURNED to **February 24, 2021**, at **10:40 a.m.** By **February 17, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 14, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge