UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYSTAL SANTIAGO and SCARLETT OSORIO, individually and on behalf of similarly situated female employees,

                Plaintiffs,

-against-

INFORMATION RESOURCES INC., and JEFF NEUMAN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/29/2021_

20 Civ. 7688 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters dated February 17 and 23, 2021. ECF Nos. 26, 28. Accordingly:

1. Plaintiffs' request to move for conditional certification and equitable tolling is GRANTED;
2. By **May 3, 2021**, Plaintiffs shall their motion;
3. By **May 24, 2021**, Defendants shall file their opposition papers; and
4. By **June 7, 2021**, Plaintiffs shall file their reply papers, if any.

SO ORDERED.

Dated: March 29, 2021
       New York, New York

                                              ANALISA TORRES
                                            United States District Judge