UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYSTAL SANTIAGO and SCARLETT OSORIO, individually and on behalf of similarly situated female employees,

Plaintiffs,

-against-

INFORMATION RESOURCES INC., and JEFF NEUMAN,

Defendants.

20 Civ. 7688 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters dated June 21 and 28, 2021. ECF Nos. 49–50. Accordingly:

1. Plaintiffs' request to renew their motion for conditional certification and equitable tolling is GRANTED;
2. By **July 23, 2021**, Plaintiffs shall file their motion;
3. By **August 6, 2021**, Defendants shall file their opposition papers; and
4. By **August 20, 2021**, Plaintiffs shall file their reply papers, if any.

The Clerk of Court is directed to terminate the motion at ECF No. 37.

SO ORDERED.

Dated: July 7, 2021
New York, New York

ANALISA TORRES
United States District Judge