USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __7/22/2021__

# JacksonLewis

555 Third Avenue
29th Floor
New York, NY  10017
Tel 212-545-4000
Fax 212-972-3213
jacksonlewis.com

DIRECT DIAL: (212) 545-4041
EMAIL ADDRESS:  Ravindra.Shaw@jacksonlewis.com

July 21, 2021

**VIA ECF**
Hon. Judge Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

                Re:  **Krystal Santiago, et al. v. Information Resources, Inc., et al**
                      **Case No. 20-cv-07688**

Dear Judge Torres:

      We represent Defendants Information Resources Inc. ("IRI") and Jeff Neuman ("Defendants") in the above-referenced employment discrimination case.  We write jointly with Plaintiffs pursuant to Rule I(C) of Your Honor's Individual Rules to request a modification to the deadlines in the briefing schedule set for Plaintiffs' pending motion for conditional certification of an EPA collective.  (See ECF Docket No. 53).  <u>The parties request the Court extend the briefing deadlines as follows:</u>

| Deadline | Original Date | New Date |
|---|---|---|
| Plaintiffs' Moving Papers | Friday, July 23, 2021 | Friday, August 6, 2021 |
| Defendants' Opposition to Plaintiffs' Motion | Friday, August 6, 2021 | Wednesday August 25, 2021 |
| Plaintiffs' Reply Papers | Friday, August 20, 2021 | Friday, September 3, 2021 |

GRANTED.

SO ORDERED.

Dated: July 22, 2021
      New York, New York

                                               _____
                                               ANALISA TORRES
                                           United States District Judge