USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/1/2021_

William Cafaro, Esq.
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
*Of Counsel*
ADMITTED IN NY, FL & DC

Email: lleon@cafaroesq.com

Matthew S. Blum, Esq.
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

August 31, 2021

**Via ECF**

Hon. Analisa Torres, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

Re:   Santiago, et al v. Information Resources Inc.
      Case No.: 20-cv-7688-AT-SN

Your Honor:

This firm represents the Plaintiffs and the putative collective in the above Equal Pay Act and employment discrimination action. <u>We write, jointly with the Defendants, to request the case management conference currently scheduled for Wednesday, September 8, 2021, be adjourned *sine die*</u>. The Parties are requesting this relief because since the Court entered the case management plan ordering this conference (*see* D.E. 29), the Court has referred all general pretrial matters (including scheduling, discovery, non-dispositive pretrial motions, and settlement) to the Honorable Sarah Netburn, U.S.M.J. *See*, D.E. 54. Judge Netburn has since entered an amended case management plan and scheduling order requiring the parties to submit a joint discovery status letter by January 24, 2022. *See*, D.E. 60.

Given the referral and the amended scheduling order, the Parties believe any pre-trial conferences, including any case management conference, should be before Judge Netburn as needed. No previous requests for an adjournment of the September 8, 2021 case management conference have been made. Granting this adjournment will not impact any other deadlines in this case.

GRANTED. The case management conference scheduled for September 8, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated:  September 1, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge