

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2021
```

*William Cafaro, Esq.*
Partner
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
Managing Attorney
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
Of Counsel
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Matthew S. Blum, Esq.*
Of Counsel
ADMITTED IN NY
Email: mblum@cafaroesq.com

August 31, 2021

**Via ECF**
Hon. Sarah Nerburn, U.S.M.J
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    Santiago, et al v. Information Resources Inc.
                Case No.: 20-cv-7688-AT-SN

Your Honor:

      This firm represents the Plaintiffs and the putative collective in the above Equal Pay Act and employment discrimination action. We write, with the Defendants' consent, to request a short extension of time to file our reply in further support of Plaintiff's motion for conditional certification of the EPA Collective. Specifically, we are requesting a short, two business day, extension from Friday September 3, 2021, up to and including Wednesday, September 8, 2021. This is the Plaintiffs' first request for an extension of time to file their Reply but the second request to modify the briefing schedule for this motion. The Parties' first request for a modification of the briefing schedule was granted. Granting the extension will not impact any other deadlines in this case.

      The Plaintiffs thank the Court for its courtesy in this regard.

GRANTED. By **September 8, 2021**, Plaintiffs shall file their reply.

SO ORDERED.

Dated: September 1, 2021
       New York, New York

*[signature]*
_____
ANALISA TORRES
United States District Judge