UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                        Plaintiffs,          20-CV-07688 (AT)(SN)

    -against-                                  **ORDER**

INFORMATION RESOURCES, INC., et al.,

                        Defendants.
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a scheduling conflict, the conference currently scheduled for 3:30 p.m. on Wednesday, January 19, 2022, is ADJOURNED to 2:00 p.m. on Friday, January 21, 2022. At that time, Mr. Kumar and Ms. Santiago should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. Attorney Amit Kumar is instructed to share the dial-in information with Plaintiff Santiago. Defense counsel may participate in the conference but is not required to.

SO ORDERED.

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

Dated: January 14, 2022
       New York, New York