**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                                        Plaintiffs,

                    -against-

INFORMATION RESOURCES, INC., et al.,

                                        Defendants.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 1/18/2022 __

**20-CV-07688 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

> Due to a scheduling conflict, the conference currently scheduled for 2:00 p.m. on Friday, January 21, 2022, is ADJOURNED to 2:00 p.m. on Wednesday, February 2, 2022. At that time, Mr. Kumar and Ms. Santiago should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. Attorney Amit Kumar is instructed to share the dial-in information with Plaintiff Santiago. Defense counsel may participate in the conference but is not required to.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: January 18, 2022
        New York, New York