UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                             Plaintiffs,          20-CV-07688 (AT)(SN)

     -against-                             **ORDER**

INFORMATION RESOURCES, INC., et al.,

                             Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff Krystal Santiago has indicated that she supports her counsel's motion to withdraw from representing her and intends to proceed on her own behalf ("pro se"). As a pro se party, Plaintiff Santiago will be required to attend all court conferences and communicate directly with defense counsel. In addition, a pro se party may not represent a class or FLSA collective.

      The Court has attempted to schedule a conference to make sure that Plaintiff Santiago understands both her obligations and her limitations if she proceeds pro se. Plaintiff Santiago has communicated directly with the Court to request that this conference be adjourned to a later date and then to ask that Defendants' counsel not attend. This application is denied. Plaintiff must attend the telephone conference and, going forward, must comply with all court orders and the rules of this Court. These rules include a prohibition on "ex parte" communications, which means that, absent prior approval from the Court, Plaintiff Santiago may not call the Court (unless Defendants' counsel is also on the phone). If Plaintiff Santiago wishes to communicate the Court, she must do so by letter.

To accommodate Plaintiff Santiago's schedule, the Court has scheduled a conference for February 2, 2022, at 2:00 p.m. This conference will not be further delayed. The purpose of this conference is to (1) discuss Plaintiff Santiago's counsel's motion to withdraw; (2) confirm that Plaintiff Santiago understands her obligations and limitations as a pro se party; and (3) discuss how her counsel's withdrawal affects the pending motion for a collective certification. Attorney Amit Kumar is instructed to share this order with Plaintiff Santiago.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: January 19, 2022
       New York, New York