```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                                  Plaintiffs,          20-CV-07688 (AT)(SN)

        -against-                                       **ORDER**

INFORMATION RESOURCES, INC., et al.,

                                  Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       No later than January 25, 2022, Plaintiff Santiago is ordered to file a letter showing cause why her counsel's motion to withdraw, ECF No. 92, should not be granted immediately and why she should not be sanctioned in light of the inappropriate and harassing statements submitted as exhibits to Defendants' motion to compel, ECF No. 99. Plaintiff Santiago is directed to submit her response to the Court by sending a PDF-formatted document by email to the Clerk's Office at Temporary_Pro_Se_Filing@nysd.uscourts.gov. She should follow the directions for emailing pro se filings available at: https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf.

       Plaintiff Santiago is reminded that all communications with Defendants' counsel should be in writing. The Court will serve Plaintiff Santiago with this order via email to the email address listed on page 7 of ECF No. 99.

**SO ORDERED.**

                                                                              SARAH NETBURN
                                                                              United States Magistrate Judge

Dated: January 21, 2022
          New York, New York