UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                                **Plaintiffs,**                              20-CV-07688 (AT)(SN)

          -against-                                              <u>**ORDER**</u>

INFORMATION RESOURCES, INC., et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court has received multiple communications from Plaintiff Santiago regarding the Court's January 21, 2022 order. Plaintiff Santiago is reminded that all communications with the Court are to be submitted through filings. Plaintiff Santiago is further reminded that she should submit her response to her counsel's motion to withdraw, ECF No. 92, and Defendants' motion to compel, ECF No. 99, by sending a PDF-formatted document by email to the Clerk's Office at Temporary_Pro_Se_Filing@nysd.uscourts.gov. She should follow the directions for emailing pro se filings available at: https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf.

        The Court will serve Plaintiff Santiago with this order via email to the email address listed on page 7 of ECF No. 99. The Court is emailing this order to Plaintiff Santiago as a courtesy in light of her status as a represented party who is seeking to represent herself.

Should Plaintiff Santiago's counsel's motion to withdraw be granted, the Court will either mail her orders in the ordinary course, or she can elect to receive electronic notification of court filings.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: January 24, 2022
      New York, New York