**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                              **Plaintiffs,**

            **-against-**

INFORMATION RESOURCES, INC., et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**20-CV-07688 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

As discussed at the February 2, 2022 conference, Plaintiff Krystal Santiago cannot represent the putative collective as a *pro se* plaintiff, and will be proceeding individually. Accordingly, the Clerk of Court is respectfully directed to amend the caption of this matter to reflect that Plaintiff Krystal Santiago is proceeding individually only, not on behalf of similarly situated female employees.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:  February 3, 2022
       New York, New York