UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                              Plaintiffs,                    20-CV-07688 (AT)(SN)

      -against-                                        **ORDER**

INFORMATION RESOURCES, INC., et al.,

                              Defendants.
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has received numerous attempted ex parte communications from Plaintiff Santiago. Plaintiff Santiago is reminded that she must file a notice of appearance in order to represent herself in this matter and is encouraged to consent to electronic service. See ECF No. 103. Plaintiff Santiago is further reminded that, as a pro se litigant, she must comply with all court orders and the rules of this Court. All communications with the Court must be conducted via filings on the public docket, and no ex parte emails or phone calls are permitted. See ECF No. 98.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

Dated: February 18, 2022
         New York, New York