```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**KRYSTAL SANTIAGO, et al.,**

                              Plaintiffs,                      20-CV-07688 (AT)(SN)

     -against-                                             **ORDER**

**INFORMATION RESOURCES, INC., et al.,**

                              Defendants.

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has reviewed Defendants' letter requesting that "appropriate restraints and sanctions" be issued against Plaintiff Santiago. See ECF No. 113.

       On February 3, 2022, the Court ordered Plaintiff Santiago to file a notice of pro se appearance in order to prosecute her case as a pro se litigant. As of the issuance of this order, Plaintiff Santiago has not complied. Plaintiff Santiago must file a notice of pro se appearance by March 9, 2022. Failure to do so may result in sanctions, including dismissal of her claims without prejudice for failure to prosecute. The Court will address Defendants' motion once Plaintiff has appeared.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

Dated: March 2, 2022
        New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2022