UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                                 Plaintiffs,                20-CV-07688 (AT)(SN)

          -against-                                       **ORDER**

INFORMATION RESOURCES, INC., et al.,

                                 Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Having reviewed the parties' submission regarding the form of notice, ECF No. 112, the Court ORDERS as follows:

       First, the Notice should be issued to all female consultants who worked for the Defendants in New York during at least one workweek since September 18, 2017. Issues related to the timeliness of claims will be decided on an individualized basis at a later stage.

       Second, with respect to defense counsel's contact information, defense counsel's name and address should be placed in a separate section entitled "Attorneys for Defendants Information Resources Inc. and Jeff Neumann" on the fourth page of the notice. See Whitehorn v. Wolfgang's Steakhouse, Inc., 767 F. Supp. 2d 445, 451 (S.D.N.Y. 2011); Benavides v. Serenity Spa NY Inc., 166 F. Supp. 3d 474, 487 (S.D.N.Y. 2016). To avoid inadvertent contact, the Court recommends that defense counsel's phone number be omitted from the Notice. Additionally, after defense counsel's contact information, the notice should include the following language: "If you decide to join this case, you should not contact the defendants' lawyer but instead rely on your counsel to do so." See Benavides, 166 F. Supp. 3d at 487.

2

The parties shall submit the finalized notices for the Court's review by March 4, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 3, 2022
       New York, New York