UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                                 **Plaintiffs,**

        -against-

INFORMATION RESOURCES, INC., et al.,

                                 **Defendants.**

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** _ 3/3/2022 _

**20-CV-07688 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court has received a request from Plaintiff Santiago to schedule a conference to discuss the filing of a notice of appearance. A conference is scheduled for 1:00 p.m. on Friday, March 4, 2022. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

For Plaintiff Santiago's reference:

- Instructions for filing documents via email are available at: https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf.
- The notice of pro se appearance is available at: https://www.nysd.uscourts.gov/sites/default/files/2018-06/Notice%20of%20Prose%20Appearance.pdf.
- Instructions to complete the form to consent to electronic services are available at: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

**SO ORDERED.**

Dated: March 3, 2022
      New York, New York

SARAH NETBURN
United States Magistrate Judge