**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____                   │
│ DATE FILED: __  3/4/2022         │
└─────────────────────────────────┘
```

KRYSTAL SANTIAGO, et al.,

                                    Plaintiffs,                    20-CV-07688 (AT)(SN)

                -against-                                          **SETTLEMENT CONFERENCE**
                                                                  **ORDER**
INFORMATION RESOURCES INC., et al.,

                                    Defendants.

------------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        A settlement conference between Plaintiff Osorio and the collective and Defendants is

scheduled for Friday, April 15, 2022, at 10:00 a.m. In the weeks prior to the conference, the

Court will confirm whether the conference will be held telephonically or in person.

        The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's

website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably

before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by Friday, April 8, 2022 by e-mail to

Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before

the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

Dated:        March 4, 2022
              New York, New York