```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                                      Plaintiffs,                  20-CV-07688 (AT)(SN)

        -against-                                                   <u>ORDER</u>

INFORMATION RESOURCES, INC., et al.,

                                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The proposed mail and email notices and reminder notices submitted at ECF No. 119 are approved. Counsel for the collective is authorized to disseminate notice.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

Dated: March 7, 2022
        New York, New York