UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Krystal Santiago_
                    Plaintiff(s),

Docket No: 20 CV07688 (AT)(SN)

-against-

NOTICE OF PRO SE APPEARANCE

_Information Resources Inc.,_
_Jeff Neuman_
                    Defendant(s).

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

_Santiago, Krystal, L._
Name (Last, First, MI)

☑ Plaintiff
☐ Defendant

_158-37 75th Rd.     Fresh Meadows,    NY      11366_
Address              City              State   Zip Code

_(929) 599-0642_         _takingdowniri@gmail.com_
Telephone Number         e-mail address

_April 13, 2022_                    _[signature]_
Date                                Signature