UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                                Plaintiffs,                      20-CV-07688 (AT)(SN)

           -against-                                            **ORDER**

INFORMATION RESOURCES, INC., et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of Plaintiff Santiago's notice of appearance, Plaintiff Santiago and Defendants are ordered to follow the discovery schedule set forth in the Court's March 21, 2022 Order. See ECF No. 126. Fact discovery shall be completed by June 19, 2022. Disclosure of expert evidence shall be made by July 18, 2022. Disclosure of rebuttal expert evidence shall be made by August 18, 2022. All expert discovery shall be completed by August 25, 2022.

       Additionally, Plaintiff Santiago must file any response to Defendants' motion for leave to file counterclaims against her, ECF No. 122, and their motions for sanctions against her, ECF Nos. 102, 113, by April 22, 2022.

       Plaintiff Santiago is reminded that all written communication with the Court must be filed on the public docket. The Court will not respond to or consider communications that are sent by email to Chambers. The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff Krystal Santiago.

**SO ORDERED.**

Dated: April 14, 2022
       New York, New York

                                                    SARAH NETBURN
                                                    United States Magistrate Judge