USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYSTAL SANTIAGO and SCARLETT OSORIO,
individually and on behalf of similarly situated female
employees,

                      Plaintiff,

-against-

INFORMATION RESOURCES INC.,
and JEFF NEUMAN

                      Defendants.

Case No. 1:20-cv-07688

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO OPT-IN PLAINTIFF NICOLE FELDMAN ONLY**

**WHEREAS**, on August 12, 2021, Plaintiff Nicole Feldman filed a Consent to Joinder seeking to join the Equal Pay Act collective action (see ECF Docket No. 67); and

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed **WITHOUT** prejudice, without any award of attorneys' fees or costs to any party, as to opt-in Plaintiff Nicole Feldman **ONLY**.

Dated: New York, New York
       May 6, 2022

LAW OFFICES OF WILLIAM CAFARO
108 West 39th Street, Ste. 602
New York, New York 10018
(212) 583-7400

By: _____
     Amit Kumar, Esq.

ATTORNEYS FOR PLAINTIFFS SCARLETT OSORIO, OPT-IN PLAINTIFF NICOLE FELDMAN AND THE EPA COLLECTIVE

SO ORDERED:

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York   10017
(212) 545-4000

By: _____
     Ravindra K. Saw, Esq.

ATTORNEY FOR DEFENDANTS

The matter is dismissed as to opt-in plaintiff Nicole Feldman **only.**

SO ORDERED.

Dated: May 10, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge