UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                                    Plaintiffs,                      20-CV-07688 (AT)(SN)

                -against-                                    **ORDER**

INFORMATION RESOURCES, INC., et al.,

                                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The parties' request for an extension of time is GRANTED. The parties' letters regarding the question of severance are due no later than May 31, 2022. No additional extensions will be granted. The letters should address both the prospect of severing the individual claims from the collective claims and the prospect of severing Ms. Osorio's claims from Ms. Santiago's.

        A conference is scheduled for Wednesday, June 1, 2022, at 11:00 a.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound sign. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

        At that conference, the Court intends to discuss what role, if any the Offices of William Cafaro will play in this case moving forward, if that firm intends to represent a party in a collective action against Information Resources, Inc., and whether the claims of Plaintiffs Osorio and Santiago should be severed from the claims of any collective (and from each other's claims) so that the individual plaintiffs can pursue their individual EPA and discrimination claims. The Court reserves approval of the proposed mail, email, and reminder notices until there is clarity on

2

the question of whether Plaintiff Osorio's current counsel from the Offices of William Cafaro intends to continue in any capacity with this case.

    The Clerk of Court is respectfully requested to terminate the motion at ECF No. 143.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 20, 2022
      New York, New York