UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                              Plaintiffs,                      20-CV-07688 (AT)(SN)

        -against-                                                **ORDER**

INFORMATION RESOURCES, INC., et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       For the reasons discussed at the June 1, 2022 conference, Plaintiff Osorio is granted leave to file a motion to amend the operative complaint. The motion and proposed amended complaint are due by June 8, 2022. Defendants' opposition is due by June 15, 2022. No reply is necessary.

       Additionally, the parties are directed to meet and confer as to the third-party subpoenas described in ECF No. 138. If, after the parties' discussion, there remain unresolved issues with respect to these subpoenas, no later than June 8, 2022, the parties shall file a joint letter describing the dispute. The Court continues to reserve approval of the proposed mail, email, and reminder notices until the resolution of Plaintiff's motion to amend the complaint (and any related briefing, if necessary).

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

Dated: June 2, 2022
           New York, New York