UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KRYSTAL SANTIAGO, et al.,

                            Plaintiffs,

       -against-

INFORMATION RESOURCES, INC., et al.,

                            Defendants.

-----------------------------------------------------------------X

20-CV-07688 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The proposed mail and email notices and reminder notices submitted at ECF No. 170 are approved. Counsel for the collective is authorized to disseminate notice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 16, 2022
       New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2022