UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SCARLETT OSORIO,

                                      Plaintiff,                      20-CV-07688 (AT)(SN)

           -against-                                 **ORDER**

INFORMATION RESOURCES, INC., et al.,

                                  Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On July 1, 2022, the parties appeared for a conference to discuss their proposed schedule for the completion of discovery. As discussed during the conference, fact discovery shall be completed by December 22, 2022. By August 26, 2022, the parties shall file a joint letter informing the Court about the status of discovery and whether the parties believe a settlement conference would be productive.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

Dated: July 1, 2022
        New York, New York