UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SCARLETT OSORIO,

                      Plaintiff,                  20-CV-07688 (AT)(SN)

    -against-                           ORDER

INFORMATION RESOURCES, INC., et al.,

                      Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of their October 28, 2022, letter, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov no later than November 4, 2022, with three mutually convenient dates in January 2023, to schedule a settlement conference.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

      New York, New York
Dated: October 31, 2022