**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SCARLETT OSORIO,

                                        Plaintiff,

                    -against-

INFORMATION RESOURCES, INC., et al.,

                                        Defendants.

-----------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __ 1/10/2023

**20-CV-07688 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the parties' report that they have settled the claims in this case in principle, the settlement conference currently scheduled for Thursday, January 26, 2023, at 10:00 a.m. is ADJOURNED.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: January 10, 2023
       New York, New York