# HACH ROSE SCHIRRIPA & C

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __02/02/2023__

January 31, 2023

**VIA ECF**

Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

      Re:   *Osorio, et al. v. Information Resources, Inc., et al.*
              Case No. 20-cv-07688

Dear Judge Netburn:

    As you are aware, the parties in the above-referenced action have agreed to settle the claims in this matter in principle. On behalf of the parties, we write to inform the Court as to the status of the settlement. To date, the parties are still memorializing the terms of the settlement and respectfully request that they be granted until February 14, 2023, to submit the settlement agreement concerning the claims asserted in this action under the Equal Pay Act, 29 U.S.C. § 206 et seq., to the Court for its approval, along with a joint statement from the parties as to why the settlement is fair and reasonable.

    We thank the Court for its attention to this matter.

                                                             Respectfully submitted,

| HACH ROSE SCHIRRIPA & CHEVERIE LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kathryn Hettler* | */s/ Ravindra Shaw* |
| Frank R. Schirripa | Ravindra K. Shaw |
| Kathryn A. Hettler | Jennifer Y. Davis |
| 112 Madison Avenue, 10th Floor | 666 Third Avenue, 29th Floor |
| New York, NY 10016 | New York, NY 10017 |

---

The parties' request is GRANTED. The parties shall file their settlement agreement for approval no later than February 14, 2023.
**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                   United States Magistrate Judge

Dated: February 2, 2023
       New York, New York