UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2023
```

-------------------------------------------------------------X

SCARLETT OSORIO,

                Plaintiff,

  -against-

INFORMATION RESOURCES, INC., et al.,

                Defendants.

-------------------------------------------------------------X

20-CV-07688 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 10, 2023, the parties informed the Court that they had reached an agreement on their settlement of this Fair Labor Standards Act case. Upon review of the parties' written agreement, I conclude that the settlement is fair and reasonable. Based on this agreement, and on the stipulation of the parties under 28 U.S.C. § 636(c), this action is DISMISSED with prejudice with leave to reopen by March 20, 2023. Any pending motions are terminated as moot.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     February 17, 2023
                New York, New York